

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00103-CV

_____

IN RE SOUTHGATE CONSTRUCTORS, A TEXAS JOINT VENTURE, KIEWIT INFRASTRUCTURE SOUTH CO., AND AUSTIN BRIDGE & ROAD, LP, Relators

Original Proceeding
236th District Court of Tarrant County, Texas
Trial Court No. 236-304886-18

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  April 16, 2021